IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOASTIQUE HOLDINGS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Case No. 1:24-cv-03611 |
| § | |
| **C & G RESTAURANT HOLDINGS,** § | |
| **INC., CARRIE M. CARRETTA, and** § | |
| **RICHARD L. GIAMBASTINI, JR.,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF ERRATA

Plaintiff Toastique Holdings, LLC, by and through its counsel of record, hereby submits this Notice of Errata to provide the omitted addresses within the caption of each named party within the Plaintiff's Original Complaint electronically filed on December 27, 2024.

The plaintiff's address is as follows:

Toastique Holdings, LLC
764 Maine Avenue, SW
Washington DC 20024

The defendants' addresses are as follows:

C & G Restaurant Holdings, Inc.
414 Sitlington Lane
Lakeway, Texas 78738

Carrie M. Carretta
414 Sitlington Lane
Lakeway, Texas 78738

Richard L. Giambastini, Jr.
414 Sitlington Lane
Lakeway, Texas 78738

306274924v.1

Dated December 30, 2024

Respectfully Submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ David M. Ross*
David M. Ross (D.C. Bar No. 461733)
Kevin P. Farrell (D.C. Bar No. 492142)
1500 K. Street, N.W., Suite 330
Washington, DC 20005
Telephone:  202.626.7687
Facsimile:  202.628.3606
david.ross@wilsonelser.com
kevin.farrell@wilsonelser.com

**ATTORNEYS FOR PLAINTIFF TOASTIQUE HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Errata* was served via electronic mail and U.S. First Class Mail, postage prepaid, on this 30th day of December, 2024 upon the following:

Andrew P. Bleiman, Esq.
Marks & Klein, LLC
1363 Shermer Road
Suite 318
Northbrook, IL  60062
andrew@marksklein.com
    *Attorneys for Defendants*

*/s/ David M. Ross*
David M. Ross

306274924v.1